# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0127, <u>U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007 HE4 v. Brian Goodman & a.</u>, the court on May 9, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). Defendant Brian Goodman appeals an order of the Superior Court (<u>Schulman</u>, J.) granting summary judgment to the plaintiff, U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007 HE4, on its claims for declaratory relief relative to a mortgage encumbering real property owned by the defendant, and denying the defendant's cross-motion for summary judgment. On appeal, the defendant raises a number of arguments, including arguments that the plaintiff does not hold the note secured by the mortgage and, thus, lacks standing to pursue its claims or enforce its mortgage interest against him, and that the trial court deprived him of his constitutional rights to due process and equal protection by granting the plaintiff's motion for summary judgment. Based upon our review of the briefs, the relevant law, the record on appeal, and the trial court's thorough and well-reasoned decision, we find the defendant's arguments unpersuasive, and we affirm the trial court's decision.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**